**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SHELDAHL, INC.,
a Minnesota corporation,

Civil No. 01-CV-375 (PAM/JGL)

Plaintiff,

vs.

**STIPULATION AND ORDER**

THOMAS & BETTS CORPORATION,
a Tennessee corporation and
TELECOMMUNICATIONS DEVICES,
INC., an Illinois corporation,

Defendants.

The parties to this action, through their undersigned legal counsel, hereby stipulate and agree to extend the dates for disclosure of expert witnesses. As grounds for this stipulation, the parties state as follows:

1. The Court's Pretrial Order requires Plaintiff to disclose expert witnesses and reports by February 1, 2002, and requires Defendants to disclose expert witnesses and reports by March 15, 2002.

2. To date, the parties have exchanged written discovery responses. The parties are currently scheduling factual depositions to be completed by the discovery cutoff date of June 1, 2002.

3. Plaintiff is currently undecided on whether any expert witnesses will be needed in this litigation and needs to take factual depositions scheduled during March 2002 to determine if



FILED 2-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

any expert witness testimony would be necessary or helpful. Accordingly, Plaintiff has requested a 60-day extension of the deadline for disclosing its expert witnesses.

4. Defendants do not object to the requested extension so long as they have 45 days following Plaintiff's designation date to designate their own experts.

5. The requested extension of the expert disclosure dates would not affect the dates established by the Court's Pretrial Order for completing discovery, bringing dispositive and non-dispositive motions, or having the case ready for trial.

6. Therefore the parties request that the date for Plaintiff to disclose expert witnesses and reports be extended to April 1, 2002 and that the date for Defendants to disclose expert witnesses and reports be extended to May 15, 2002.

Dated: February 1, 2002

LINDQUIST & VENNUM P.L.L.P.

By: ______________________________
Ansis V. Viksnins, #196277
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

**ATTORNEYS FOR PLAINTIFF SHELDAHL, INC.**

Dated: February 4, 2002

FAFINSKI, MARK & JOHNSON, P.A.

By: ______________________________
Kerry L. Middleton, #26622X
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
Telephone: (952) 995-9500

**ATTORNEYS FOR DEFENDANTS THOMAS & BETTS CORPORATION and TELECOMMUNICATIONS DEVICES**

Based upon the attached Stipulation,

IT IS SO ORDERED.

Dated: February 7, 2002.

BY THE COURT:

Jonathan Lebedoff
United States Magistrate Judge