**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sheldahl Inc.,

Plaintiff,

vs.

Thomas & Betts Corporation, and
Telecommunications Devices, Inc.,

Defendants.

Case No.: 01-CV-375 (PAM/JGL)

**STIPULATION AND ORDER**

---

The parties to this action, through their undersigned legal counsel, hereby stipulate and agree to extend the deadline for completing discovery. As grounds for this stipulation, the parties state as follows:

1. The court's pretrial order requires the parties to complete discovery and file non-dispositive motions by June 1, 2002.

2. To date, the parties have exchanged written discovery responses and taken three depositions. The parties are in the process of scheduling additional depositions of witnesses in Minnesota, Illinois, Tennessee and Florida. The parties do not anticipate bringing dispositive motions in this matter.

3. To date, the parties have made a diligent effort to complete discovery, including all depositions, within the court-imposed discovery deadline. Plaintiff's counsel has numerous scheduling conflicts related to other cases during the month of April and defendants' counsel has numerous scheduling conflicts in the month of May, including a jury trial in another matter that is set for May 14, 2002.

APR 1 9 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Despite the parties' best efforts, it appears they will be unable to complete discovery by June 1, 2002.

5. The agreed-upon extension of the deadline for completing discovery and bringing non-dispositive motions requested by the parties will not affect the other deadlines established by the court in its pretrial order, including the trial ready date.

6. Accordingly, the parties respectfully request that the court extend the deadlines for completing discovery and bringing non-dispositive motions to July 15, 2002.

Date: 4/16/02

By: ______________________
Donald Chance Mark, Jr. (#67659)
Kerry L. Middleton (#26622X)
**FAFINSKI MARK & JOHNSON, P.A.**
6600 City West Parkway, Suite 300
Eden Prairie, Minnesota 55344
(612) 995-9500
***Attorneys for Defendants***

Dated: 4-18-02

By: ______________________
Ansis V. Viksnins (#196277)
Christopher Lynch (#28154)
**LINDQUIST & VENNUM, P.L.L.P.**
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211
***Attorneys for Plaintiff***

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED

BY THE COURT:

Dated: April 19, 2002.

______________________
Jonathan G. Lebedoff
United States Magistrate Judge